UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ONEMAIN FINANCIAL GROUP, LLC and WILMINGTON SAVINGS FUND SOCIETY, FSB AS OWNER TRUSTEE OF TIMES SQUARE REVOLVING TRUST,<br>　　　　　　　　　　　Plaintiffs,<br><br>VERSUS<br><br>INTERNAL REVENUE SERVICE, BILLY W. BENEVAGE, LINDA THAXTON BENEVAGE a/k/a LINDA T. BENEVAGE, and FORD MOTOR CREDIT COMPANY LLC,<br>　　　　　　　　　　　Defendants. | CIVIL NO. 5:22-cv-00124<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
BY ONEMAIN FINANCIAL SERVICES GROUP, LLC**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff OneMain Financial Group, LLC ("OneMain"), which files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. OneMain Financial Group, LLC is not a publicly owned company. OneMain Financial Group, LLC is an indirect wholly owned subsidiary of OneMain Holdings, Inc. (formerly known as Springleaf Holdings, Inc.), a Delaware Corporation, which is a publicly traded company.

1

Respectfully submitted,

**DWYER, CAMBRE & SUFFERN, APLC**


 s/ Ryan M. McCabe
**RYAN M. McCABE (31254) (T.A.)**
**W. NICHOLAS DIETZEN IV (31135)**
3000 W. Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 838-9090
Facsimile: (504) 838-9187
Email: rmccabe@dwyercambre.com

Attorneys for OneMain Financial Group,
LLC and Wilmington Savings Fund Society,
FSB as Owner Trustee of Times Square
Revolving Trust